ORIGINAL

1983 FORM Rev. 01/2008

cc: ϕ

Thomas Marler  05720-093
Name and Prisoner/Booking Number

FDC Honolulu
Place of Confinement

P.O. Box 30080
Mailing Address

Honolulu, HI 96820
City, State, Zip Code

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 07 2022

at 1 o'clock and 55 min. P M
MICHELLE RYNNE, CLERK
Filed copy mailed 3/8/2022 (jo) LS

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

Thomas Marler
(Full Name of Plaintiff)

Case No. **CV22  00088** JMS WRP
(To be supplied by the Clerk)

vs.

Estella Derr

Dr. Pysh

Ms. L. Lazo

Ms. A. Lopez
(Full Names of Defendants; DO NOT USE *et al.*)

**PRISONER CIVIL RIGHTS COMPLAINT**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. Jurisdiction is invoked pursuant to:

   a. ☒ 28 U.S.C. § 1343(a)(3) ; 42 U.S.C. § 1983
   b. ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
   c. ☐ Other: (Please Specify) _____

2. Plaintiff: Thomas Marler _____

   Institution/city where violation occurred: Honolulu Federal Detention Ctr.

3. First Defendant *: Estella Derr _____

This defendant is a citizen of (state and county) Hawaii    Oahu ,
and is employed as:

Warden _____ at _____ Honolulu FDC _____.
(Position and Title)                                    (Institution)
This defendant is sued in his/her X individual X official capacity (check one or both).  Explain how

1

Received By Mail
Date MAR 07 2022

1983 FORM Rev. 01/2008

this defendant was acting under color of law:

The defendant Knowingly mixes violent high security inmates in permanent housing with vulnerable inmates contrary with BoP policy / Law.

4.  Second Defendant: Dr. Pysh

This defendant is a citizen of (state and county) Hawaii
Oahu , and is employed as:

Head of Psychology at Honolulu FDC
(Position and Title)                    (Institution)

This defendant is sued in his/her X individual X official capacity (check one or both).  Explain how this defendant was acting under color of law:

The defendant is responsible for the Psychology Department at Honolulu FDC with special attention to inmate Russell Monlux

5.  Third Defendant: Ms. L. Lazo

This defendant is a citizen of (state and county) Hawaii
Oahu , and is employed as:

Case Manager at Honolulu FDC
(Position and Title)                    (Institution)

This defendant is sued in his/her ___ individual X official capacity (check one or both).  Explain how this defendant was acting under color of law:
The defendant is responsible for managing each inmate's case within the Bureau of Prisons.

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

*        A defendant may be named in an individual or official capacity, or both.  To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights.  A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds.  Only injunctive relief is available in an official capacity suit against a state official.  This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government.  There can be no civil rights action under § 1983 unless the defendant was "acting under color of law."  After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

2

6. Fourth Defendant   Ms. A. LOPEZ

This defendant is a citizen of Hawaii, Oahu and is employed as Case Management Coordinator at Honolulu FDC.

This defendant is sued in her individual and official capacity.

The defendant is responsible for specific placement of inmates within the institution and supervises the actions of the case manager.

2A

1983 FORM Rev. 01/2008

## B. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits while a prisoner:   ☐ Yes   ☒ No

2. If your answer is yes, how many?: _____ Describe the lawsuit in the spaces below.

3. First previous lawsuit:

    a.   Plaintiff _____

         Defendants _____

    b.   Court and Case Number (if federal court, identify the district; if state court, identify the county):

         _____

    c.   Claims raised: _____

    d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

         _____

    e.   Approximate date of filing lawsuit _____

    f.   Approximate date of disposition _____

4. Second previous lawsuit:

    a.   Plaintiff _____

         Defendants _____

    b.   Court and Case Number (if federal court, identify the district; if state court, identify the county):

         _____

    c.   Claims raised: _____

    d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

         _____

    e.   Approximate date of filing lawsuit _____

    f.   Approximate date of disposition _____

3

1983 FORM Rev. 01/2008

5. Third previous lawsuit:

a.   Plaintiff _____

     Defendants _____

b.   Court and Case Number (if federal court, identify the district; if state sourt, identify the county):

     _____

c.   Claims raised: _____

d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

     _____

e.   Approximate date of filing lawsuit _____

f.   Approximate date of disposition _____

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6.   Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? ___Yes ___No.

     **If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).**

4

1983 FORM Rev. 01/2008

## C. CAUSE OF ACTION

### COUNT I

1.  The following constitutional or other federal civil right has been violated by the Defendant(s):

The defendant's as individuals and in their official capacity violated the Plaintiff's 8th Amendment rights:

2.  Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)    ☐ Mail    ☐ Access to the court    ☐ Medical care

☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation

☐ Excessive force by an officer    ☒ Threat to safety    ☐ Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

The Plaintiff self-surrendered at Honolulu FDC on 1/18/2022 at the age of 62 with no orientation or understanding of the federal prison system, he was placed in quarantine in cell 5B-129. He remained there for 3 days by himself until inmate Russell Monlux was placed in the 2 man cell on 1/21/2022 contrary to Bureau of Prisons Covid quarantine protocol breaking the Plaintiff's 14 day isolated quaratine unbeknowst to him. The Plaintiff was told by Mr. Monlux (and later confirmed by staff) that he was 35 years old and an extensive violent history that includes

(Cont'd)

4.    Injury: (State how you have been injured by Defendant(s)' actions or inactions.

Severe psychiatric trauma, sleep deprivation, weight loss, lack of consentration, increase heart rate and other ill-effects to be determined by a physician.

5

COUNT 1 SUPPORTING FACTS CONT'D PAGE 5A

assault convictions, assaulting inmates in prison, assaulting correctional officers, civil commitments and extended stays in psychiatric Facilities. The Plaintiff was immediately terrified. The Plaintiff observed fresh needle marks on the arms of Mr. Monlux and observed irrational behavior from the moment he arrived in the cell. The Plaintiff is a retired university professor and as a pragmatic scientist, he is not prone to hysteria or exageration. During multiple rants while Mr. Monlux was in the locked down cell with the Plaintiff, Mr Monlux discussed his homicidal fantasies that involved staff members, inmates, celebrities. These tirades included violent gesticulations, yelling and the Plaintiff feared for his life.

Warden —

The Bureau of Prisons has a policy of administrative remedies available to inmates that could have helped the Plaintiff resolve this issue, or at the very least address it. However, the Plaintiff, was not told of the administrative remedy process until 3? after he arrived. The warden (Estella Derr) recewed no less than 5 emails from Mr. Monlux while he was in cell 5B-129 with the Plaintiff for 25 days. These emails are an indication of the level of Mr. Monlux's mental state. Rather than isolate Mr Monlux per Bureau of Prisons policy for an unstable violent inmate, the warden released Mr. Monlux along with the Plaintiff to a general population permanent housing unit (5B) on February 14, 2022. A further indication of the warden's indifference to the safety and security of the Plaintiff and the other inmates is the fact that the unit houses inmates that include minimum security elderly vulnerable inmates, high security gang members (from various rival gangs),

5A

COUNT 1 SUPPORTING FACTS CON'D PAGE 5B

Case 1:22-cv-00088-JMS-WRP Document 1 Filed 03/07/22 Page 8 of 12 PageID18

inmates that have yet to be sentenced, individuals that have yet to be tried (pretrial) and more than 40 (of 110 total) non-U.S. citizens. The result of housing of the rival gangs has resulted in two significant gang fights in the past 7 months. The plaintiff became aware of one that took place on July 12, 2021 that involved 40 inmates. Yet the warden knowingly has housed violent psychopathic inmates with vulnerable elderly inmates (Plaintiff).

Dr. Pysh —
Dr. Pysh and the other personnel from the Psychology Department visited Mr. Monlux daily from 1/21 - 2/14. The Plaintiff had no choice but to witness these interactions as they occurred through the cell door. Dr. Pysh was dismissive, unprofessional and in one case actually joked with a staff member about Mr. Monlux. These visits through the door inflamed Mr. Monlux and endangered the Plaintiff. Mr. Monlux told the Plaintiff that he was facing a court ordered psychiatric evaluation and that Dr. Pysh was involved in this process. Dr. Pysh, as the head of Psychology, would have extensive knowledge of Mr. Monlux's history of violence, yet he never discussed the possibility of moving the Plaintiff with him (Plaintiff). Dr. Pysh never asked the Plaintiff how he was dealing with Mr. Monlux.

Ms. Lazo —
Ms. Lazo is the Plaintiff's case manager and has a responsibility to address the inmates needs. Ms Lazo is also Mr. Monlux's case manager and as such would have full knowledge of his criminal and violent

5B

COUNT 1 SUPPORTING FACTS CONT'D PAGE 5C

history. Ms Lazo should be aware of Bureau of Prison policy of inmate segregation related to gang affiliation, security level, conviction/non-conviction status, psychiatric status, etc and if policy is not followed, should not allow it to continue if it jeopardizes inmates (Plaintiff).

Ms. A. Lopez -

Ms. A Lopez is the Case Management Coordinator and by Bureau of Prisons policy, Ms. Lazo's supervisor. She is also ultimately in charge of inmate placement within the institution (cell location).

5C

1983 FORM Rev. 01/2008

## COUNT II

1.    The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2.    Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)  ☐Mail    ☐ Access to the court    ☐Medical care

☐ Disciplinary proceedings    ☐Property    ☐ Exercise of religion    ☐Retaliation

☐ Excessive force by an officer    ☐Threat to safety    ☐Other:_____

3. **Supporting Facts:**(State as briefly as possible the FACTS supporting Count II, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.    Injury: (State how you have been injured by Defendant(s)' actions or inactions.

_____

_____

_____

6

1983 FORM Rev. 01/2008

## COUNT III

1.    The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2.   Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)    ☐Mail        ☐ Access to the court    ☐Medical care

☐ Disciplinary proceedings    ☐Property    ☐ Exercise of religion    ☐Retaliation

☐ Excessive force by an officer    ☐Threat to safety    ☐Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.    Injury: (State how you have been injured by Defendant(s)' actions or inactions.

_____

_____

(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)

7

1983 FORM Rev. 01/2008

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

$1 300,000 . I also seek an order from the court requiring Honolulu FDC to properlyprotect vulnerable inmates by properly segregating security level inmates per Bureau of Prisons policy and applicable law

       I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this _03_ day of ___03___ , _2022_ .
                               (month)         (year)

_____
(Signature of Plaintiff)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach no more than **fifteen (15) additional pages**. Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc." This form, however, must be completely filled in to the extent applicable.

8